(Rev. 08/18)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:                                )
Jose S. Cervantes                     )        No. B-14-80978 C-13D
                                      )
                                      )
                                      )
          Debtor(s)                   )

## NOTICE OF COMPLETION OF PLAN PAYMENTS
## TO CHAPTER 13 TRUSTEE

    The undersigned Trustee hereby notifies the Court and other interested parties that all payments to the Trustee have been completed pursuant to the confirmed plan.

Dated: <u>January 8, 2019</u>                    <u>s/Richard M. Hutson, II, Trustee</u>
                                                Richard M. Hutson, II
                                                Post Office Box 3613
                                                Durham, NC  27702
                                                (919) 688-8065

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

IN RE:                              )
Jose S. Cervantes                   )          No. B-14-80978 C-13D
                                    )
                                    )
                                    )
        Debtor(s)                   )

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF PLAN PAYMENTS TO CHAPTER 13 TRUSTEE** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Jose S. Cervantes
PO Box 2541
Henderson, NC 27536

Donald D. Pergerson, Esq.
PO Box 2289
Henderson, NC 27536

Dated: January 8, 2019                        s/Richard M. Hutson, II, Trustee
                                              Chapter 13 Office
                                              Durham, North Carolina