UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
JOSE S CERVANTES                                    CASE NO. 14-80978- C-13D
P O BOX 2541                                        JUDGE BENJAMIN A. KAHN
HENDERSON, NC  27536
a/k/a JOSE S CERVANTES-PONCE
     Debtor

SSN(1) XXX-XX-9089                                  DATE:  05/06/2019

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on September 04, 2014.  A plan was confirmed by the Court and the Debtor has completed all payments under the plan.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.


ATTORNEY FOR THE DEBTOR(S):          TRUSTEE:
DONALD D PERGERSON                   Richard M. Hutson, II
406 DABNEY DRIVE                     P. O. BOX 3613
P O BOX 2289                         DURHAM, NC  27702-3613
HENDERSON, NC  27536


                                     DATED: May 06, 2019
ADDRESSEE:                           FOR THE COURT:
REID WILCOX                          REID WILCOX
CLERK, U.S. BANKRUPTCY COURT         CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100                       P.O. BOX 26100
GREENSBORO, NC  27420                GREENSBORO, NC  27420

JOSE S CERVANTES                                      Case No. 14-80978- C-13D

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

JOSE S CERVANTES
P O BOX 2541
HENDERSON, NC  27536

REID WILCOX
CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100
GREENSBORO, NC  27420

DONALD D PERGERSON
406 DABNEY DRIVE
P O BOX 2289
HENDERSON, NC  27536

BSI FINANCIAL SERVICES
1425 GREENWAY DR STE 400
IRVING, TX  75038

CREDIT BUREAU OF GREENSBORO
P O BOX 26140
GREENSBORO, NC  27402

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA, PA  19101-7346

N.C. EMPLOYMENT SECURITY COMMISSION
PO BOX 26504
RALEIGH, NC  27611

NC DEPARTMENT OF REVENUE
P O BOX 25000
RALEIGH, NC  27640-0002

PROGRESS ENERGY CAROLINAS, INC.
PO BOX 1771
RALEIGH, NC  27602-1771

US BANK TRUST NA
% BSI FINANCIAL SERVICES
P O BOX 679002
DALLAS, TX  75267-9002

VANCE COUNTY TAX OFFICE
122 YOUNG STREET STE E
HENDERSON, NC  27536


Date:      May 06, 2019

/s/  Qiana Michaux

Chapter 13 Office
Durham